UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 16-14853 |
| | ) | |
| ANNA M. MARSZALEK, | ) | Hon.  Jacqueline P. Cox |
| | ) | |
| | ) | |
| Debtor. | ) | |

### Certificate Of Service

I, Steven R. Radtke, hereby certify that on **May 1, 2017**, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be served on the persons on the attached service list via First Class mail, postage prepaid, as indicated on the service list.

/s/  Steven R. Radtke
STEVEN R. RADTKE, TRUSTEE
Attorney ID No. 0312-4816
79 WEST MONROE STREET
SUITE 1305
CHICAGO IL 60603
(312) 346-1935

MarszalekNFRCrtSrv

## SERVICE LIST
## ANNA M. MARSZALEK, DEBTOR
## CASE NO. 16-14853

Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, IL 60604

Anna M. Marszalek
4001 Euclid Ave.
Berwyn, IL  60402

Discover Bank
Discover Products Inc.
PO Box 3025
New Albany OH 43054-3025

Capital One Bank (USA), N.A.
by American InfoSource LP as agent
PO Box 71083
Charlotte NC 28272-1083

PYOD, LLC, its successors and assigns
as assignee of Citibank NA
Resurgent Capital Services
P.O. Box 19008
Greenville, SC 29602

PYOD, LLC, its successors and assigns
as assignee of FNBM, LLC
Resurgent Capital Services
P.O. Box 19008
Greenville, SC 29602

Portfolio Recovery Associates, LLC
Successor to Synchrony Bank
(Walmart Credit Card)
PO Box 41067
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
Successor to Synchrony Bank
(Sam's Club)
PO Box 41067
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
Successor to Synchrony Bank
(Lenscrafters)
PO Box 41067
Norfolk, VA 23541

GilboTFRSrvList

1