# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Anna M Marszalek | § | Case No. 16-14853 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: 3,541.00 |
| Total Distributions to Claimants: 18,190.76 | Claims Discharged Without Payment: 77,438.96 |
| Total Expenses of Administration: 5,809.24 | |

3) Total gross receipts of $ 24,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 24,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 53,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,809.24 | 5,809.24 | 5,809.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 42,948.62 | 37,506.10 | 37,506.10 | 18,190.76 |
| **TOTAL DISBURSEMENTS** | $ 95,948.62 | $ 43,315.34 | $ 43,315.34 | $ 24,000.00 |

4) This case was originally filed under chapter 7 on 04/30/2016 . The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/05/2017            By:/s/STEVEN R. RADTKE
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 4001 Euclid Ave. Berwyn Il 60402-0000 Cook | 1110-000 | 24,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 24,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fannie Mae | | 53,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 53,000.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 3,150.00 | 3,150.00 | 3,150.00 |
| STEVEN R. RADTKE | 2200-000 | NA | 14.10 | 14.10 | 14.10 |
| STEVEN R. RADTKE | 3110-000 | NA | 2,625.00 | 2,625.00 | 2,625.00 |
| STEVEN R. RADTKE | 3120-000 | NA | 20.14 | 20.14 | 20.14 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,809.24 | $ 5,809.24 | $ 5,809.24 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blue Cross Blue Shield, Po Box 4555 Scranton, PA 18505 | | 49.00 | NA | NA | 0.00 |
| | Cap1/Mnrds, 26525 N Riverwoods Blvd Mettawa, IL 60045 | | 4,900.00 | NA | NA | 0.00 |
| | DDCC Global, 2600 S. 25th Ave. Berwyn, IL 60402 | | 0.00 | NA | NA | 0.00 |
| | Stonebridge Life, 2700 W. Plano Pkwy Plano, TX 75075 | | 95.62 | NA | NA | 0.00 |
| | Village of Stickney, 6533 W. Pershing Rd. Berwyn, IL 60402 | | 79.00 | NA | NA | 0.00 |
| 2 | Capital One Bank (Usa), N.A. | 7100-000 | 8,608.00 | 8,608.01 | 8,608.01 | 4,174.95 |
| 1 | Discover Bank | 7100-000 | 11,295.00 | 10,599.99 | 10,599.99 | 5,141.08 |
| 5 | Portfolio Recovery Associates, Llc | 7100-000 | 4,777.00 | 4,842.20 | 4,842.20 | 2,348.51 |
| 6 | Portfolio Recovery Associates, Llc | 7100-000 | 7,931.00 | 8,113.64 | 8,113.64 | 3,935.18 |
| 7 | Portfolio Recovery Associates, Llc | 7100-000 | 538.00 | 538.26 | 538.26 | 261.06 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 4,235.00 | 4,362.40 | 4,362.40 | 2,115.80 |
| 4 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 441.00 | 441.60 | 441.60 | 214.18 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 42,948.62 | $ 37,506.10 | $ 37,506.10 | $ 18,190.76 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-14853 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Anna M Marszalek | | | | Date Filed (f) or Converted (c): | 04/30/2016 (f) |
| | | | | | 341(a) Meeting Date: | 06/06/2016 |
| For Period Ending: | 07/05/2017 | | | | Claims Bar Date: | 11/07/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4001 Euclid Ave. Berwyn Il 60402-0000 Cook | 150,000.00 | 150,000.00 | | 24,000.00 | FA |
| 2. 2008 Ford Escape Mileage: 110000 Primary Vehicle | 2,400.00 | 2,400.00 | | 0.00 | FA |
| 3. Household Items: Furniture, Appliances, Electronics, Silverw | 1,014.00 | 0.00 | | 0.00 | FA |
| 4. Checkingaccount -Bank Of America | 127.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values) $153,541.00 $152,400.00 $24,000.00 $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6/2017 TFR approved; checks to go out

2/2017 Offer received to purchase Estate's right, title and interest in real estate for $24,000

7/2016 Possible equity in Debtor's residence

Initial Projected Date of Final Report (TFR): 06/30/2018   Current Projected Date of Final Report (TFR): 06/30/2018

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-14853 | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|
| Case Name: | Anna M Marszalek | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX6321 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX7306 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/05/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/02/17 | 1 | Leonard J. Marszalek | Proceeds of sale of trustee's right, title and interest in real estate | 1110-000 | $24,000.00 | | $24,000.00 |
| 06/05/17 | 1001 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $3,150.00 | $20,850.00 |
| 06/05/17 | 1002 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $14.10 | $20,835.90 |
| 06/05/17 | 1003 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $2,625.00 | $18,210.90 |
| 06/05/17 | 1004 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $20.14 | $18,190.76 |
| 06/05/17 | 1005 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 48.50 % per court order. | 7100-000 | | $5,141.08 | $13,049.68 |
| 06/05/17 | 1006 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 2 representing a payment of 48.50 % per court order. | 7100-000 | | $4,174.95 | $8,874.73 |

Page Subtotals: $24,000.00   $15,125.27

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-14853 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Anna M Marszalek | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6321 |
| | Checking |
| Taxpayer ID No: XX-XXX7306 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/05/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/05/17 | 1007 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 3 representing a payment of 48.50 % per court order. | 7100-000 | | $2,115.80 | $6,758.93 |
| 06/05/17 | 1008 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Fnbm, Llc<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 4 representing a payment of 48.50 % per court order. | 7100-000 | | $214.18 | $6,544.75 |
| 06/05/17 | 1009 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Walmart Credit Card)<br>Pob 41067<br>Norfolk Va 23541 | Final distribution to claim 5 representing a payment of 48.50 % per court order. | 7100-000 | | $2,348.51 | $4,196.24 |
| 06/05/17 | 1010 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Sams Club)<br>Pob 41067<br>Norfolk Va 23541 | Final distribution to claim 6 representing a payment of 48.50 % per court order. | 7100-000 | | $3,935.18 | $261.06 |
| 06/05/17 | 1011 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Lenscrafters)<br>Pob 41067<br>Norfolk Va 23541 | Final distribution to claim 7 representing a payment of 48.50 % per court order. | 7100-000 | | $261.06 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $24,000.00 | $24,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $24,000.00 | $24,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $24,000.00 | $24,000.00 |

Page Subtotals: $0.00   $8,874.73

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6321 - Checking | $24,000.00 | $24,000.00 | $0.00 |
|  | $24,000.00 | $24,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $24,000.00 |
| Total Gross Receipts: | $24,000.00 |

Page Subtotals:    $0.00    $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*